**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomes Monroe LEE, f.k.a. Thomas Monroe Lee, Defendant–Appellant.**

No. 13–14230
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 19, 2014.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Tallahassee, FL, Pamela C. Marsh, Kathryn Dee Risinger, Panama City, FL, for Plaintiff–Appellee.

Randolph Patterson Murrell, Gwendolyn Louise Spivey, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, counsel for Thomes Lee, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Lee's conviction and sentence are **AFFIRMED.**